1  Robert V. Prongay (SBN 270796)
      *rprongay@glancylaw.com*
2  Pavithra Rajesh (SBN 323055)
      *prajesh@glancylaw.com*
3  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160

6  Matthew M. Houston
      *mhouston@glancylaw.com*
7  Benjamin I. Sachs-Michaels
      *bsachsmichaels@glancylaw.com*
8  GLANCY PRONGAY & MURRAY LLP
   712 Fifth Avenue, 31st Floor
9  New York, New York 10019
   Telephone: (212) 935-7400

*Attorneys for Plaintiff Byron Kimbrough*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON KIMBROUGH, Derivatively on Behalf of Nominal Defendant AMYRIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN G. MELO, KATHLEEN VALIASEK, JOHN DOERR, GEOFFREY DUYK, PHILIP EYKERMAN, CHRISTOPH GOPPELSROEDER, FRANK KUNG, STEVEN MILLS, CAROLE PIWNICA, PATRICK Y. YANG, R. NEIL IWLLIAMS, CHRISTOPHE VUILLEZ, and FERNANDO DE CASTRO REINACH, <br><br> Defendants. <br><br> and <br><br> AMYRIS, INC., <br><br> Nominal Defendant. | Case No. 4:20-cv-09227-YGR <br><br> **ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** ~~**AND [PROPOSED] ORDER**~~ <br><br><br> Hon. Yvonne Gonzalez Rogers <br> Courtroom 4, 3rd Floor |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AND [~~PROPOSED~~] ORDER
Case No. 4:20-cv-09227-YGR

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE plaintiff Byron Kimbrough ("Plaintiff"), derivatively on behalf of Amyris, Inc. ("Amyris"), hereby voluntarily dismisses, without prejudice, all claims and causes of action against all defendants in this action. No defendant has filed or served an answer or a motion for summary adjudication. Notice of voluntary dismissal to shareholders (*see* Federal Rules of Civil Procedure Rule 23.1(c)) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiff nor his counsel have received or will receive directly or indirectly any consideration from defendants for dismissal; and (iv) the dismissal is without prejudice. Plaintiff and Amyris shareholders are not precluded from bringing the same or similar action in the future and/or pursuing claims already filed, and the claims will continue to be litigated by parties in *Bonner v. Melo, et al.*, Case No. 20-civ-04799 pending in the San Mateo Superior Court for the State of California.

DATED: March 2, 2021

Respectfully submitted,
GLANCY PRONGAY & MURRAY LLP

By: /s/ Pavithra Rajesh
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 935-7400

*Attorneys for Plaintiff*

**ORDER**

Pursuant to the above stipulation, this action is voluntarily dismissed without prejudice as to all claims and causes of action against all defendants.

**IT IS SO ORDERED**.

DATED: March 4, 2021

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE